# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

**UNITED STATES OF AMERICA**

**V.**  NO. 1:16CR4

**BRANDON C. BEDDINGFIELD**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Date and Time |
|---|---|
| **United States Federal Building** <br> **305 Main Street** <br> **Greenville, Mississippi  38701** <br><br> **Courtroom 1 – Third Floor** | **February 4, 2016** <br> **11:00 a.m.** |

Type of Proceeding:

**WAIVER OF INDICTMENT/FILING OF INFORMATION/
PLEA AS TO COUNT ONE OF AN INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN.
A PRESENTENCE INTERVIEW WILL TAKE PLACE FOLLOWING
THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.**
* **ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
    Rita Thomas, Courtroom Deputy

Date: January 26, 2016

Electronic notice only to:

| | |
|---|---|
| J. Stewart Parrish, Defense Attorney | U.S. Probation Service |
| Chad M. Doleac, U.S. Attorney | U.S. Marshal Service |

If you have questions, contact Rita Thomas at 662-335-4416 or rita_thomas@msnd.uscourts.gov